ACCEPTED
01-14-00477-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
1/2/2015 5:44:57 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00477-CR

In the
# Court of Appeals
For the
# First District of Texas
At Houston

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

1/2/2015 5:44:57 PM

CHRISTOPHER A. PRINE
Clerk

———————◆———————

## No. 1365724
In the 174th District Court
Of Harris County, Texas

———————◆———————

# KEN SCRIPA
*Appellant*
V.

# THE STATE OF TEXAS
*Appellee*

———————◆———————

## STATE'S SECOND MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLATE BRIEF

———————◆———————

**TO THE HONORABLE COURT OF APPEALS:**

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 10.1, 10.5(b) & 38.6(d), moves for an extension of time within which to file its appellate brief. In support of its motion, the State submits the following:

1.  Appellant was charged with the felony offense of sexual assault. He was found guilty and sentenced to 10 years imprisonment.

2.  The State's brief was due, after one extension, on December 22, 2014. The State's seeks a second extension of 30 days, until January 21, 2015, to file its brief.

3.  The undersigned attorney has just filed two PDR's in the Court of Criminal Appeals, *Jessica Tata v. State* and *Gary Wayne Wilson v. State.* Additionally, the undersigned attorney has been working on legislative analysis for two upcoming bills and is scheduled to speak and attend TDCAA's Prosecutor Trial Skills Course the week of January 4-9, 2015. The undersigned attorney has three briefs due in the next two weeks.

4.  The State's motion is not for purposes of delay, but so that justice may be done.

WHEREFORE, the State prays that this Court will grant the requested extension until January 21, 2015.

Respectfully submitted,

/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002
State Bar Number: 24029415

## CERTIFICATE OF SERVICE

Pursuant to **TEX. R. APP. P.** 9.5, this certifies that on January 2, 2015, a copy of the foregoing was served upon appellant's counsel at the following address:

Gerald Fry
Attorney at Law
jerryfry@hal-pc.org


/s/ *Jessica Akins*

JESSICA AKINS
Assistant District Attorney
Harris County, Texas
akins_jessica@dao.hctx.net